UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHRISTOPHER T. ETHRIDGE,

       Plaintiff,

v.                                                     Case No.:  2:25-cv-365-SPC-KCD

LEE COUNTY SHERIFF
DEPARTMENT,

       Defendant.

_____/

## OPINION AND ORDER

Before the Court is Plaintiff Christopher T. Ethridge's Complaint (Doc. 1).  Ethridge's claims are difficult to parse, but they revolve around his belief that an injectable chip is being used to track and torture people.  The Court dismisses this action as frivolous.  *See Porter v. Governor of the State of Fla.*, 667 F. App'x 766, 767 (11th Cir. 2016) ("A lawsuit is frivolous if its claims involve factual contentions that are fanciful, fantastic, irrational, and/or delusional.").  Because amendment would be futile, dismissal is with prejudice.

Accordingly, it is now

**ORDERED:**

Plaintiff Christopher T. Ethridge's Complaint (Doc. 1) is **DISMISSED with prejudice**.  The Clerk is **directed** to terminate any pending deadlines, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on May 6, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record